

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: LAYOSO, AMUR C.   §   Case No. 08-39289-C-7
      LAYOSO, EVA L.   §
       §
Debtor(s)   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Sheri L. Carello, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,373,416.58          Assets Exempt: $168,275.00

Total Distribution to Claimants: $3,569.77     Claims Discharged
                                               Without Payment: $10,614.37

Total Expenses of Administration: $1,189.92

    3) Total gross receipts of $ 4,759.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,759.69 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,010,959.54 | $31,344.21 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,189.92 | 1,189.92 | 1,189.92 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 905.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 12,959.00 | 13,279.14 | 13,279.14 | 3,569.77 |
| **TOTAL DISBURSEMENTS** | $2,024,823.54 | $45,813.27 | $14,469.06 | $4,759.69 |

    4) This case was originally filed under Chapter 7 on December 29, 2008. . The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2010           By: /s/Sheri L. Carello
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Projected 2008 tax refund | 1124-000 | 4,757.00 |
| Interest Income | 1270-000 | 2.69 |
| **TOTAL GROSS RECEIPTS** | | **$4,759.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Velure Holdings | 4110-000 | 33,094.68 | 7,966.46 | 0.00 | 0.00 |
| Luvre Properties Inc | 4110-000 | 11,186.86 | 5,534.50 | 0.00 | 0.00 |
| Travis Credit Union | 4110-000 | 19,062.00 | 17,843.25 | 0.00 | 0.00 |
| Countrywide Home Loans | 4110-000 | 61,631.00 | N/A | N/A | 0.00 |
| Countrywide Home Loans | 4110-000 | 552,912.00 | N/A | N/A | 0.00 |
| US Bank | 4110-000 | 12,184.00 | N/A | N/A | 0.00 |
| Washington Mutual Fa | 4110-000 | 402,462.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Washington Mutual Bank | 4110-000 | 45,379.00 | N/A | N/A | 0.00 |
| Chase Manhattan Mortgage | 4110-000 | 224,448.00 | N/A | N/A | 0.00 |
| Chase Manhattan Mortgage | 4110-000 | 648,600.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $2,010,959.54 | $31,344.21 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sheri L. Carello | 2100-000 | N/A | 1,189.92 | 1,189.92 | 1,189.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,189.92 | 1,189.92 | 1,189.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Military Star | 5200-000 | 905.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 905.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Travis Credit Union | 7100-000 | 2,853.00 | 2,520.47 | 2,520.47 | 677.57 |
| PYOD LLC | 7100-000 | 9,545.00 | 9,955.03 | 9,955.03 | 2,676.16 |
| American Express Bank, FSB | 7100-000 | 561.00 | 803.64 | 803.64 | 216.04 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 12,959.00 | 13,279.14 | 13,279.14 | 3,569.77 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-39289-C-7 | Trustee: | (001400) | Sheri L. Carello |
|---|---|---|---|---|
| Case Name: | LAYOSO, AMUR C. | Filed (f) or Converted (c): | 12/29/08 (f) | |
| | LAYOSO, EVA L. | §341(a) Meeting Date: | 02/02/09 | |
| Period Ending: 08/04/10 | | Claims Bar Date: | 05/08/09 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10 acres in Lancaster | 1,976.58 | 0.00 | DA | 0.00 | FA |
| 2 | 4.3 Acres of Bare Land in Lancaster | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 4934 Ridgefield Circle, Fairfield, CA | 537,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | 532 River Road, Fairfield, CA | 355,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | 6624 Capwell Way, Elk Grove, CA | 266,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Cash on Hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | First Pacific Checking acct. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Travis Credit Union | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | First Pacific | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Travis Credit Union savings | 800.00 | 0.00 | DA | 0.00 | FA |
| 11 | Household Goods | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Books, Pictures, Art Objects | 200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Life Insurance - Cash Value | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 401K Through employer | 126,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 401K Through employer | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Projected 2008 tax refund<br>    debtors total tax refund for 2008 was $5172.00 per tax returns | 13,234.00 | 4,757.00 | | 4,757.00 | FA |
| 19 | 1994 Nissan Sentra | 500.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2001 Ford Expedition | 8,415.00 | 3,290.00 | DA | 0.00 | FA |
| 21 | 2002 BMW 325i | 9,435.00 | 0.00 | DA | 0.00 | FA |
| 22 | 2005 BMW 325i | 13,465.00 | 1,281.00 | DA | 0.00 | FA |
| 23 | 2006 Nissan Maxima | 17,775.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.69 | FA |
| 24 | Assets　　Totals (Excluding unknown values) | $1,386,650.58 | $9,328.00 | | $4,759.69 | $0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 08-39289-C-7 | Trustee: (001400) Sheri L. Carello |
| Case Name: LAYOSO, AMUR C. | Filed (f) or Converted (c): 12/29/08 (f) |
| LAYOSO, EVA L. | §341(a) Meeting Date: 02/02/09 |
| Period Ending: 08/04/10 | Claims Bar Date: 05/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

2/02/09 - need 2008 tax return when filed and tax refund - open as asset case

4/29/09 - receive federal tax refund check

5/1/09 - receive unprotect part of state tax refund

**Initial Projected Date Of Final Report (TFR):**    February 2, 2011          **Current Projected Date Of Final Report (TFR):**    April 23, 2010  (Actual)

Printed: 08/04/2010 04:50 PM    V.12.52

Filed 09/08/10     Case 08-39289     Doc 42

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-39289-C-7 | Trustee: | Sheri L. Carello (001400) |
|---|---|---|---|
| Case Name: | LAYOSO, AMUR C. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LAYOSO, EVA L. | Account: | 312-2350260-65 - Money Market Account |
| Taxpayer ID #: | 54-6832609 | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 08/04/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/09 | {18} | United States Treasury | IRS tax refund check | 1124-000 | 3,423.00 | | 3,423.00 |
| 05/01/09 | {18} | Amur Layoso | unexemptible state tax refund | 1124-000 | 1,334.00 | | 4,757.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,757.18 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,757.38 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,757.58 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,757.78 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,757.97 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,758.16 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,758.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,758.56 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,758.74 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,758.92 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 4,759.13 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 4,759.16 |
| 04/06/10 | | Wire out to BNYM account 000235026065 | Wire out to BNYM account 000235026065 | 9999-000 | -4,759.16 | | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 0.00 | 0.00    $0.00 |
| Less: Bank Transfers | -4,759.16 | 0.00 |
| Subtotal | 4,759.16 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $4,759.16 | $0.00 |

{} Asset reference(s)     Printed: 08/04/2010 04:50 PM    V.12.52

Filed 09/08/10  Case 08-39289  Doc 42

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-39289-C-7 | | Trustee: | Sheri L. Carello (001400) |
|---|---|---|---|---|
| Case Name: | LAYOSO, AMUR C. | | Bank Name: | The Bank of New York Mellon |
| | LAYOSO, EVA L. | | Account: | 9200-02350260-65 - Money Market Account |
| **Taxpayer ID #:** | 54-6832609 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| **Period Ending:** | 08/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312235026065 | Wire in from JPMorgan Chase Bank, N.A. account 312235026065 | 9999-000 | 4,759.16 | | 4,759.16 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 4,759.37 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 4,759.66 |
| 06/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.03 | | 4,759.69 |
| 06/01/10 | | To Account #92000235026066 | transfer to checking | 9999-000 | | 4,759.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,759.69 | 4,759.69 | $0.00 |
| | | | Less: Bank Transfers | | 4,759.16 | 4,759.69 | |
| | | | **Subtotal** | | 0.53 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.53** | **$0.00** | |

{} Asset reference(s)   Printed: 08/04/2010 04:50 PM   V.12.52

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-39289-C-7 | Trustee: | Sheri L. Carello (001400) |
| --- | --- | --- | --- |
| Case Name: | LAYOSO, AMUR C. | Bank Name: | The Bank of New York Mellon |
|  | LAYOSO, EVA L. | Account: | 9200-02350260-66 - Checking Account |
| Taxpayer ID #: | 54-6832609 | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 08/04/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/01/10 |  | From Account #92000235026065 | transfer to checking | 9999-000 | 4,759.69 |  | 4,759.69 |
| 06/04/10 | 101 | Sheri L. Carello | Dividend paid 100.00% on $1,189.92, Trustee Compensation; Reference: | 2100-000 |  | 1,189.92 | 3,569.77 |
| 06/04/10 | 102 | Travis Credit Union | Dividend paid 26.88% on $2,520.47; Claim# 4; Filed: $2,520.47; Reference: | 7100-000 |  | 677.57 | 2,892.20 |
| 06/04/10 | 103 | PYOD LLC | Dividend paid 26.88% on $9,955.03; Claim# 5; Filed: $9,955.03; Reference: | 7100-000 |  | 2,676.16 | 216.04 |
| 06/04/10 | 104 | American Express Bank, FSB | Dividend paid 26.88% on $803.64; Claim# 6; Filed: $803.64; Reference: | 7100-000 |  | 216.04 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | 4,759.69 | 4,759.69 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 4,759.69 | 0.00 |  |
|  |  | **Subtotal** |  |  | 0.00 | 4,759.69 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $0.00 | $4,759.69 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # 312-2350260-65 | 4,759.16 | 0.00 | 0.00 |
| MMA # 9200-02350260-65 | 0.53 | 0.00 | 0.00 |
| Checking # 9200-02350260-66 | 0.00 | 4,759.69 | 0.00 |
|  | $4,759.69 | $4,759.69 | $0.00 |